1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9

10  AUGUST IMAGE, LLC,          Case No. 2:25-cv-03711-HDV-AGR
                                *Hon. Hernán D. Vera Presiding*
11  Plaintiff,
                                **REVISED [PROPOSED] JUDGMENT**
12  v.                          **[16]**

13  MILLINERY, INC.; et al.,

14
    Defendants.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REVISED [PROPOSED] JUDGMENT

IT IS HEREBY ORDERED THAT:

1.    Judgment is hereby entered against Defendant Millinery, Inc. for copyright infringement.

2.    Defendant Millinery, Inc. shall pay Plaintiff August Image, LLC $15,000.00 in damages, with interest as prescribed by statute; and

3.    Defendant Millinery, Inc. shall pay Plaintiff August Image, LLC $1,500.00 in attorney's fees and $620.72 in costs.

SO ORDERED.

Date _September 15_, 2025          By: _____

Hon. Hernán D. Vera
United States District Judge

REVISED [PROPOSED] JUDGMENT